IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EB RE LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION FILE<br>)<br>) NO. 1:21-CV-01181-JPB |
| SHIRLEY ANN EBANKS, | )<br>) DEMAND FOR JURY |
| Defendants. | )<br>)<br>) |

## **PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS**

Plaintiff EB RE, LLC files this Motion to Dismiss Counterclaims filed by Defendant Shirley Ann Ebanks pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons set forth in Plaintiff's contemporaneously filed Memorandum of Law in Support of Plaintiff's Motion to Dismiss Counterclaims, Plaintiff respectfully requests that its Motion to Dismiss Counterclaims be granted and that Defendant's counterclaims be dismissed.

WHEREFORE, Plaintiff respectfully requests the Court grant its Motion to Dismiss Counterclaims and dismiss Defendant's counterclaims.

[SIGNATURE FOLLOWING PAGE]

[1]

Respectfully submitted, this 22nd day of November, 2021.

| | |
|---|---|
| | s/ Gregory M. Taube<br>Gregory M. Taube<br>Georgia Bar No. 699166<br><br>Attorney for Plaintiff |
| NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17th Street, N.W., Suite 1700<br>Atlanta, GA 30363<br>(404) 322-6000 (Phone)<br>(404) 322-6050 (Fax)<br>greg.taube@nelsonmullins.com | |

## **CERTIFICATION OF COMPLIANCE AS TO FONT SIZE**

Pursuant to the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1C.  The foregoing was prepared on computer using Times New Roman font (14 point).

Respectfully submitted this 22nd day of November, 2021.

                                         s/ Gregory M. Taube
                                         Gregory M. Taube
                                         Georgia Bar No. 699166

                                         Attorney for Plaintiff

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EB RE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:21-CV-01181-JPB |
| SHIRLEY ANN EBANKS, | ) |
| | ) DEMAND FOR JURY |
| Defendants. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date electronically filed the foregoing *Plaintiff's Motion To Dismiss Counterclaims Filed by Defendant Shirley Ebanks with* the Clerk of Court using CM/ECF system, which will automatically send email notification to the any attorneys of record and by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

Shirley Ann Ebanks
Defendant Pro Se
129 Geyser Place
Stockbridge, GA 30281

This 22nd day of November, 2021.

            <u>s/ Gregory M. Taube</u>
            Gregory M. Taube
            Georgia Bar No. 699166
            Attorney for Plaintiff

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com